**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03334-WJM-STV

ROBERT SCOTT MOTHERSHED,

     Plaintiff,

v.

NITROCRETE, LLC,

     Defendant.

---

**NOTICE OF SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC
STAY OF PROCEEDINGS**

---

PLEASE TAKE NOTICE that on November 18, 2021, Defendant/Counterclaim-Plaintiff

NITROcrete, LLC, and certain of its affiliates (collectively, the "Debtors"[1]), filed a voluntary

petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States

Bankruptcy Court for the District of Colorado.  A copy of the voluntary petition of the lead Debtor,

NITROcrete, LLC, is attached hereto as **Exhibit A**.  A copy of the Notice of Bankruptcy and

Automatic Stay is attached hereto as **Exhibit B.**

PLEASE TAKE FURTHER NOTICE that the Debtors' Chapter 11 Cases are pending

before the Honorable Kimberley H. Tyson and are being jointly administered under the lead case

In re NITROcrete, LLC, Case No. 21-17539-KHT (the "Chapter 11 Cases"). A copy of the Order

(I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief is

---

[1] The Debtors are NITROcrete, LLC, as well as Nitro Holdings, LLC, NITROcrete IP, LLC, NITROcrete Equipment, LLC, and NITROcrete Holdings, LLC.  The location of Debtor NITROcrete, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 2580 E. Harmony Road, Suite 301, Fort Collins, Colorado 80528.

attached hereto as **Exhibit C**.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[2]

No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

PLEASE TAKE FURTHER NOTICE that additional information regarding the Chapter 11 Cases may be available by visiting the Court's website at https://ecf.cod.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

---

[2] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Respectfully submitted this 19th day of November, 2021.


OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*s/ David L. Zwisler*

David L. Zwisler
Abigail S. Wallach
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, Colorado  80222
Telephone:  303.764.6800
Facsimile:   303.831.9246
david.zwisler@ogletree.com
abbey.wallach@ogletree.com

*Attorneys for Defendant/Counterclaim-Plaintiff*
*NITROcrete, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2021, I electronically filed the foregoing **NOTICE OF SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS** with the Clerk of Court using the CM/ECF system which shall serve a true and accurate copy of the same upon counsel for Plaintiff by email:

guardillp@icloud.com

*s/ Alison L. Shaw*
Alison L. Shaw, Paralegal

4